JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENDZ BEAUTY CA, INC., | Case No. CV 14-08955-RGK (RZx) |
| Plaintiff(s), | |
| v. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendant(s). | |

On March 27, 2015, an Order to Show Cause re Dismissal for Lack of Prosecution was issued.

Plaintiff timely filed a response to the Order to Show Cause on April 2, 2015. After review of the response, the Court does not find good cause shown and Orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: April 6, 2015

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE